**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Krystle Evans, | Case No. 2:24-cv-01830-JAD-BNW |
| Petitioner | **Order Instructing Petitioner to File Missing *In Forma Pauperis* Documents and Refile Pages 3–5 of Petition** |
| v. | |
| William Reubert, | [ECF Nos. 1, 1-1] |
| Respondent | |

*Pro se* Petitioner Krystle Evans has filed a Petition for Writ of Habeas Corpus and an incomplete Motion for Leave to Proceed *In Forma Pauperis* ("IFP").[1] 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees requires an inmate to pay a $5.00 filing fee to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing.[2] Evans has filed an IFP application, but she has failed to include the three required supporting documents.[3] So I give Evans until November 22, 2024, to pay the $5 filing fee, submit the missing IFP documents, or file a request for an extension of time to do so.

---

[1] ECF Nos. 1, 1-1.

[2] 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

[3] *See* ECF No. 1.

There's an additional problem with Evans's filings: pages 3 through 5 of her petition are illegible, presumably from too many copies having been made. Because the court can't properly evaluate illegible pages of a petition, Evans must file replacement pages 3 through 5.

IT IS THEREFORE ORDERED that **on or before November 22, 2024, Petitioner Krystle Evans must (1) pay her $5 filing fee _or_ file her missing IFP documents and (2) file new pages to replace pages 3–5 of her petition.** Evans's failure to timely comply with this order will result in the dismissal of this action without prejudice and without further advance notice.

**The Clerk of the Court is instructed to SEND petitioner** (1) a blank copy of the IFP application form for inmates along with instructions, **and** (2) a blank copy of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 so that she may fully complete and return pages 3–5.

Dated: October 4, 2024

_____
U.S. District Judge Jennifer A. Dorsey