UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Krystle Evans, | Case No. 2:24-cv-01830-JAD-BNW |
| Petitioner | |
| v. | **Order Dismissing Petition without Prejudice and Closing Case** |
| William Reubert, et al., | |
| Respondents | |

Petitioner Krystle Evans filed this pro se petition for a writ of habeas corpus to challenge her 2024 Nevada state-court conviction for child abuse, neglect, or endangerment resulting in substantial bodily harm.[1] Following my initial review of Evans's petition, I ordered her to show cause why her petition should not be dismissed as wholly unexhausted given that she had not appealed her judgment of conviction or filed a state habeas petition.[2] Evans timely responded, requesting that this matter be voluntarily dismissed without prejudice,[3] so I grant that request, dismiss Evans's petition without prejudice, deny her a certificate of appealability, and close this case.

**IT IS THEREFORE ORDERED that Krystle Evans's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice.** A certificate of appealability is denied as reasonable jurists would not find the dismissal of the petition to be debatable or wrong.

IT IS FURTHER ORDERED that the Clerk of Court is directed to:

---

[1] ECF No. 1-1.
[2] ECF No. 5.
[3] ECF No. 6.

- FILE the petition (ECF No. 1-1),
- ADD Nevada Attorney General Aaron D. Ford as counsel for Respondents,[4]
- SEND the Nevada Attorney General copies of the petition (ECF No. 1-1), this Order, and all other filings in this matter by regenerating the notices of electronic filing,
- **ENTER FINAL JUDGMENT, and**
- **CLOSE THIS CASE.**

Dated: December 23, 2024

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] No response is required from Respondents other than to respond to any orders of a reviewing court.